IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN TURNER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-708-bbc

WILLIAM POLLARD, MICHAEL BAENEN,
PETER ERICKSEN, JOHN DORUFF,
MICHAEL SCHULTZ, SARAH COOPER,
C.O. II SCHILLER, SGT. HUCK,
MARK LESATZ, WILLIAM
SWIEKATOWSKI, TOM CAMPBELL,
RICK RAEMISCH, GARY HAMLIN,
SGT. GRIEL, SGT. LONGSINE,
SGT. FRANCOIS, CHRISTOPHER
STEVENS, CAPTAIN BRANT, MICHAEL
DELVAUX, DENNIS MOSHER, DAN
WESTFIELD, RICHARD SCHNEITER,
PETER HUIBREGTSE,
DR. BURTON COX JR. and RN JO,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Michael Baenen, John Doruff, Michael Schultz, Sarah Cooper, C.O. II Schiller, Sgt. Huck, Mark Lesatz, Gary Hamlin, Sgt Griel, Sgt. Longsine, Sgt. Francois, Christopher Stevens, Tim Haines, Dr. Burton Cox Jr. and RN Jo; and

(2) granting Tom Campbell, Michael Delvaux, Peter Ericksen, William Pollard, Rick Raemisch and William Swiekatowski's motion for summary judgment and dismissing this case.

| /s/ | 5/15/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |