IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN T. TURNER,

    Plaintiff,

v.

WILLIAM SWIEKATOWSKI,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-708-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been tried and the court has rendered a decision.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant and this case is dismissed.

Approved as to form this 18th day of November, 2014.

*Barbara B. Crabb*
Barbara B. Crabb
District Judge

*Peter Oppeneer*        Nov 19, 2014
Peter Oppeneer, Clerk of Court    Date