United States District Court for the Western District of WISCONSIN

File Number: _____

MR. Glenn T. Turner
  Plaintiff,

vs.

MR. William Swiekatowski,
  Defendant

Case Number: 11-CV-708-BBC

## Notice of APPEAL

Notice is hereby given that Glenn T. Turner (Plaintiff, pro se) in the above named case, hereby Appeal to the United States Court of Appeals for the Seventh Circuit from the final Judgment and verdict of the Jury entered on November 19, 2014 And Decision and Order entered by Hon. Barbara B. Crabb Dismissing and Denying motion for a New Trial on January 26, 2015.

Respectfully Submitted By:
Glenn T. Turner
Pro Se Litigant
W.S.P.F. P.O. Box 9900
Boscobel, WI 53805

cc: file